# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| AMY LASHELL DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:15-cv-00510-JVB-MGG ) ) Honorable Judge Joseph S. Van Bokkelen ) |
| MEDICREDIT, INC. | ) Magistrate Judge Michael G. Gotsch, Sr. ) |
| Defendant, | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: September 14, 2016                          Respectfully Submitted,

/s/ Patrick McLaughlin                             /s/ Daniel M. Spector
Patrick McLaughlin                                 Daniel M. Spector, ARDC#6310224
Counsel for Defendant                              Counsel for Plaintiff
Spencer Fane LLP                                   Consumer Law Partners, LLC
1 North Brentwood Boulevard                        435 N. Michigan Avenue
Suite 1000                                         Suite 1609
St. Louis, MO 63105                                Chicago, IL 60611
Phone: (314) 863-7733                              Phone: (267) 422-1000
Email: pmclaughlin@spencerfane.com                 Fax: (267) 422-2000